# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hakop Ashchyan,<br><br>Plaintiff,<br><br>v.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No. 2:24-cv-02950-FLA-BFM<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($7,200.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND FIVE DOLLARS AND 00/100 ($405.00) under 28 U.S.C. §1920, be awarded to Plaintiff. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC.

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check or electronic fund transfer (EFT) made out to Plaintiff, but delivered to Plaintiff's attorney, JONATHAN O. PEÑA-MANCINAS at the firm, PEÑA & BROMBERG, PC.

    IT IS SO ORDERED.

DATE: JUNE 27, 2025

                                                HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE